# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: admin | Date Created: 02/26/2025 |
| Case: 1−25−40957−ess | Form ID: 309A | Total: 28 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | |
|---|---|
| db | Bentzion Schorr 433 Maple St Apt 4B Brooklyn, NY 11225 |
| tr | Lori Lapin Jones Lori Lapin Jones PLLC 98 Cutter Mill Road Suite 255 South Great Neck, NY 11021 |
| smg | NYS Department of Taxation & Finance Bankruptcy Unit PO Box 5300 Albany, NY 12205 |
| smg | NYS Unemployment Insurance Attn: Insolvency Unit Bldg. #12, Room 256 Albany, NY 12240 |
| smg | Office of the United States Trustee Eastern District of NY (Brooklyn) Alexander Hamilton Custom House One Bowling Green, Room 510 New York, NY 10004−1408 |
| 10466494 | ABSOLUTE RESOLUTIONS I 8000 NORMAN CENTER DR. #350 |
| 10466496 | BAROUKH & ROBERT E KODSI, MD 6010 BAY PARKWAY STE 804 BROOKLYN, NY 11204 |
| 10466495 | BLOOMINGTON, MN 55437 ABSOLUTE RESOLUTIONS INVESTMENTS 8000 NORMAN CENTER DR. #350 BLOOMINGTON, MN 55437 |
| 10466497 | BROOKLYN SURGERY CENTER 6010 BAY PARKWAY BROOKLYN, NY 11204 |
| 10466498 | CAVALRY PORTFOLIO SERVICES, LLC. 500 SUMMIT LAKE DRIVE, SUITE 400 VALHALLA, NY 10595 |
| 10466499 | CAVALRY SPV I, LLC 1 AMERICAN LANE SUITE 220 GREENWICH, CT 06831 |
| 10466500 | CB INDIGO PO BOX 4499 BEAVERTON, OR 97076 |
| 10466501 | DISCOVER PO BOX 51908 LOS ANGELES, CA 90051−6208 |
| 10466502 | DISCOVER BANK PO BOX 30939 SALT LAKE CITY, UT 84130 |
| 10466503 | EDFINANCIAL SERVICES 120 N SEVEN OAKS DR KNOXVILLE, TN 37922 |
| 10466504 | FORSTER & GARBUS LLP 2950 EXPRESS DRIVE SOUTH SUITE 234, PO BOX 9013 |
| 10466505 | ISLANDIA, NY 11749 GULF COAST COLLECTION BUREAU PO BOX987 TALLEVAST, FL 3427 |
| 10466506 | JPMCBCARD P.O. BOX 15153 WILMINGTON, DE 19886−5153 |
| 10466507 | KIRSCHENBAUM & PHILLIPS, P.C. 40 DANIEL STREET SUITE 7 P.O. BOX 9000 FARMINGDALE, NY 11735 |
| 10466508 | MAPLE NYC LLC 108−20 108TH STREET JAMAICA, NY 11433 |
| 10466509 | MIDLAND CREDIT MANAGEMENT P.O. BOX 939069 SAN DIEGO CA 92193 |
| 10466510 | MIDLAND CREDIT MANAGEMENT, INC P.O. BOX 939069 SAN DIEGO, CA 92193 |
| 10466511 | MULLOOLY, JEFFREY, ROONEY & FLYNN LLP 6851 WEST JERICHO TURNPIKE PO BOX 9036 SYOSSET, NY 11791 |
| 10466512 | PARCARE BAY PARKWAY 445 PARK AVENUE NEW YORK, NY 10022 |
| 10466513 | PETALCARD2 233 SPRING STREET NEW YORK, NY 10013 |
| 10466514 | PRESSER, FELT & WARSHAW, LLP 305 BROADWAY 9TH FLOOR NEW YORK, NY 10007 |
| 10466515 | PRESSLER, FELT & WARSHAW, LLP 7 ENTIN ROAD PARSIPPANY−TROY HILLS, NJ 07054 |
| 10466516 | PUBLIC STORAGE 1062 SAINT JOHNS PLACE BROOKLYN, NY 11213 |

TOTAL: 28