UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

# PAYMENT ADVICES COVER SHEET

in Accordance With 11 U.S.C. Sec. 521(a)(1)(B)(iv)

CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF
NEW YORK

In re: Case No.______________

BENTZION SCHORR

2025 FEB 26 P 3:48 Chapter 7

Debtor(s)

RECEIVED

*Please Check the Appropriate Box.*

***For Debtor:***

☑ Payment Advices are Attached.

- Number of Payment Advices Attached: ________
- Period Covered: LAST 60 DAYS (If period covered is less than 60 days or 8 weeks, attach an explanation)
- Number of Employers From Whom Debtor Received Payment Advices During the 60 Days Prior to Filing the Bankruptcy Petition: 2

**For Joint Debtor, if applicable:**

☐ Payment Advices are Attached.

- Number of Payment Advices Attached: ________
- Period Covered:________________________(If period covered is less than 60 days or 8 weeks, attach an explanation)
- Number of Employers From Whom Debtor Received Payment Advices During the 60 Days Prior to Filing the Bankruptcy Petition: ________

---

***For Debtor:***

☐ No Payment Advices are Attached (the debtor had no income from any employer during the 60 Days Prior to Filing the Bankruptcy Petition).

☐ No Payment Advices are Attached for Some Other Reason. *(Attach an explanation)*

**For Joint Debtor, if applicable:**

☐ No Payment Advices are Attached (the debtor had no income from any employer during the 60 Days Prior to Filing the Bankruptcy Petition).

☐ No Payment Advices are Attached for Some Other Reason. *(Attach an explanation)*

I declare under penalty of perjury that I have read this Payment Advices Cover Sheet and the attached payment advices, consisting of sheets, numbered 1 through , and that they are true and correct to the best of my knowledge, information and belief.

Signature of Debtor: Bentzion Schorr Date: 02/26/2025

Signature of Joint Debtor:________________________ Date: ________________

**#13130 - BENTZION SCHORR - XXX-XX-6537** **Check356261** **Pay Date: 02/19/2025**
**Pay Period: 01/29/2025-02/11/2025**

**Earnings**

| | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| Regular | 30.00 | 57.00 | 1,710.00 | 5,689.58 |
| Holiday | | | | 619.54 |
| Sick | | | | 179.86 |
| **Gross Pay** | | | **1,710.00** | **6,488.98** |
| Hours Worked | | 57.00 | | |

**Deductions**

| | Current | YTD | |
|---|---|---|---|
| 401k | 205.20 | 778.68 | 1 |
| Den (Low Adm) | 13.22 | 52.88 | 2 |
| MTP (Admin) | 5.00 | 20.00 | 2 |
| PKP (Admin) | 5.00 | 20.00 | 2 |
| Vis (Admin) | | 33.74 | 2 |
| **Total** | **228.42** | **905.30** | |

**Taxes Withheld**

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FICA | 1,686.78 | 6,362.36 | 104.58 | 394.47 |
| MEDI | 1,686.78 | 6,362.36 | 24.45 | 92.25 |
| FIT | 1,481.58 | 5,583.68 | 99.39 | 356.43 |
| SIT:NY | 1,481.58 | 5,583.68 | 59.51 | 219.18 |
| CITY:NYC | 1,481.58 | 5,583.68 | 43.72 | 160.65 |
| FLI:NY | 1,710.00 | 6,488.98 | 6.64 | 25.18 |
| **Total** | | | **338.29** | **1,248.16** |

| | Current | YTD |
|---|---|---|
| **Net Pay** | **1,143.29** | **4,335.52** |
| Check | 1,143.29 | 1,143.29 |
| Checking (0675) | 0.00 | 3,192.23 |

**Company Paid Benefits** 3

| | Current | YTD | |
|---|---|---|---|
| 401k | 51.30 | 194.68 | 1 |
| BL | 0.72 | 2.88 | 2 |
| Den (Low Adm) | 29.00 | 116.00 | 2 |
| MPP | 34.20 | 129.77 | 1 |
| **Total** | **115.22** | **443.33** | |

**Timesheet**

| | Time Off | In | Out | Total |
|---|---|---|---|---|
| Wed, 01/29/2025 | | 06:30a | 01:00p | 6.50 |
| Thu, 01/30/2025 | | 06:30a | 01:00p | 6.50 |
| Fri, 01/31/2025 | | 06:00a | 08:30a | 2.50 |
| Mon, 02/03/2025 | | 06:30a | 01:00p | 6.50 |
| Tue, 02/04/2025 | | 06:30a | 01:00p | 6.50 |
| Wed, 02/05/2025 | | 06:30a | 01:00p | 6.50 |
| Thu, 02/06/2025 | | 06:30a | 01:00p | 6.50 |
| Fri, 02/07/2025 | | 06:00a | 08:30a | 2.50 |
| Mon, 02/10/2025 | | 06:30a | 01:00p | 6.50 |
| Tue, 02/11/2025 | | 06:30a | 01:00p | 6.50 |

**Accruals**

| | Available | Taken |
|---|---|---|
| Personal | 17.10 | 0.00 |
| Sick | 77.00 | 6.50 |
| Sick Bank | 57.20 | 0.00 |
| Vacation | 57.00 | 0.00 |
| Summer Vacation | 0.00 | 0.00 |
| Summer Vacation - Prior Year | 0.00 | 0.00 |

**Information & Announcements**

Employee failed to submit timesheet.
Timesheet Dates: 1/1-1/14/2025

**Tax Allowance Settings**

Federal: Single/Married Filing Sep.
--More--

YELED V'YALDA EARLY CHILDHOOD CENTER INC 1312 38th Street, Brooklyn, NY 11218
Business Phone #: 718-686-3700



**YELED V'YALDA EARLY CHILDHOOD CENTER INC**
1312 38th Street
Brooklyn, NY 11218

Yeled V Yalda

CITIBANK NA
10-4
220

**Check Date: 02/19/2025**
**Check #: 356261**

PAYROLL CHECK

Pay To The Order Of **BENTZION SCHORR**

Amount: One Thousand One Hundred Forty Three Dollars and 29/100 Cents*********************** $ **1,143.29

13130 02/19/2025 356261

**BENTZION SCHORR**
2021 52nd street
Brooklyn, NY 11204

Non-Negotiable

Authorized Signature

Authorized Signature

**#13130 - BENTZION SCHORR - XXX-XX-6537** **Check356261** **Pay Date: 02/19/2025**
**Pay Period: 01/29/2025-02/11/2025**

**Tax Allowance Settings - Continued**

| | |
|---|---|
| | Form W4 2020 And Later: Yes |
| | Two Jobs: No |
| | Claim Dependent: $0.00 |
| | Deduction: $0.00 |
| | Other Income: $0.00 |
| New York: | Allowances: 0 |
| | Additional Withholding - NYC: 0 |
| | Additional Withholding - Yonkers: 0 |
| | Filing Status: S |
| | Total Allowances - NYC: 0 |

1 Reduces your Federal & State Withholding Taxable Wage
2 Reduces your Federal Withholding, OASDI & Medicare Taxable Wage
3 For information purposes only. No effect on your net pay.



**YELED V'YALDA EARLY CHILDHOOD CENTER INC**
1312 38th Street
Brooklyn, NY 11218

Yeled V Yalda

Non-Negotiable

13130 02/19/2025 356261

**BENTZION SCHORR**
2021 52nd street
Brooklyn, NY 11204

**#13130 - BENTZION SCHORR - XXX-XX-6537** | **Voucher #(65406)** | **Pay Date: 12/25/2024** | **Pay Period: 12/04/2024-12/17/2024**

### Earnings

| | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| Salary | | | | 10,902.42 |
| Regular | 27.67 | 57.00 | 1,577.24 | 23,949.11 |
| Holiday | | | | 4,717.81 |
| Incentive | | | | 1,600.00 |
| Sick | | | | 55.34 |
| **Gross Pay** | | | **1,577.24** | **41,224.68** |
| Hours Worked | | 57.00 | | |

### Deductions

| | Current | YTD | |
|---|---|---|---|
| 401k | 189.27 | 4,588.93 | 1 |
| Den | | 334.84 | 2 |
| Den (Low Adm) | 13.22 | 26.44 | 2 |
| MTP | 5.00 | 120.00 | 2 |
| PKP | 5.00 | 120.00 | 2 |
| Vis | | 185.57 | 2 |
| Vis (Admin) | | 16.87 | 2 |
| **Total** | **212.49** | **5,392.65** | |

### Taxes Withheld

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FICA | 1,554.02 | 40,420.96 | 96.35 | 2,506.10 |
| MEDI | 1,554.02 | 40,420.96 | 22.53 | 586.10 |
| FIT | 1,364.75 | 35,832.03 | 87.46 | 2,239.54 |
| SIT:NY | 1,364.75 | 35,832.03 | 53.08 | 1,377.25 |
| CITY:NYC | 1,364.75 | 35,832.03 | 38.87 | 1,007.21 |
| FLI:NY | 1,577.24 | 41,224.68 | 5.89 | 153.77 |
| **Total** | | | **304.18** | **7,869.97** |

| | Current | YTD |
|---|---|---|
| **Net Pay** | **1,060.57** | **27,962.06** |
| Check | 0.00 | 4,316.57 |
| Checking (0675) | 1,060.57 | 23,645.49 |

### Company Paid Benefits 3

| | Current | YTD | |
|---|---|---|---|
| 401k | 47.32 | 1,147.31 | 1 |
| BL | 0.72 | 17.28 | 2 |
| Den | | 68.86 | 2 |
| Den (Low Adm) | 29.00 | 58.00 | 2 |
| MPP | 31.54 | 792.43 | 1 |
| **Total** | **108.58** | **2,083.88** | |

### Timesheet

| | Time Off | In | Out | Total |
|---|---|---|---|---|
| Wed, 12/04/2024 | | 07:30a | 02:00p | 6.50 |
| Thu, 12/05/2024 | | 07:30a | 02:00p | 6.50 |
| Fri, 12/06/2024 | | 08:00a | 10:30a | 2.50 |
| Mon, 12/09/2024 | | 07:30a | 02:00p | 6.50 |
| Tue, 12/10/2024 | | 07:30a | 02:00p | 6.50 |
| Wed, 12/11/2024 | | 07:30a | 02:00p | 6.50 |
| Thu, 12/12/2024 | | 07:30a | 02:00p | 6.50 |
| Fri, 12/13/2024 | | 08:00a | 10:30a | 2.50 |
| Mon, 12/16/2024 | | 07:30a | 02:00p | 6.50 |
| Tue, 12/17/2024 | | 07:30a | 02:00p | 6.50 |

### Accruals

| | Available | Taken |
|---|---|---|
| Personal | 15.60 | 0.00 |
| Sick | 65.60 | 0.00 |
| Sick Bank | 57.20 | 0.00 |
| Vacation | 45.16 | 0.00 |
| Summer Vacation | 0.00 | 0.00 |
| Summer Vacation - Prior Year | 0.00 | 0.00 |

### Tax Allowance Settings

Federal: Single/Married Filing Sep.
Form W4 2020 And Later: Yes
Two Jobs: No
Claim Dependent: $0.00
Deduction: $0.00

--More--

YELED V'YALDA EARLY CHILDHOOD CENTER INC 1312 38th Street, Brooklyn, NY 11218
Business Phone #: 718-686-3700



**YELED V'YALDA EARLY CHILDHOOD CENTER INC**
1312 38th Street
Brooklyn, NY 11218

Yeled V Yalda

| | |
|---|---|
| **Pay Date:** | **12/25/2024** |
| **Voucher #:** | **(65406)** |

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| BENTZION SCHORR | 1 | Checking | XXXXXX0675 | 231372691 | 1,060.57 |

13130 12/25/2024 (65406)

**BENTZION SCHORR**
2021 52nd street
Brooklyn, NY 11204

**Non-Negotiable - This Is Not A Check**

**#13130 - BENTZION SCHORR - XXX-XX-6537** | **Voucher #(65406)** | **Pay Date: 12/25/2024** | **Pay Period: 12/04/2024-12/17/2024**

**Tax Allowance Settings - Continued**

| | |
|---|---|
| | Other Income: $0.00 |
| New York: | Allowances: 0 |
| | Additional Withholding - NYC: 0 |
| | Additional Withholding - Yonkers: 0 |
| | Filing Status: S |
| | Total Allowances - NYC: 0 |

1 Reduces your Federal & State Withholding Taxable Wage
2 Reduces your Federal Withholding, OASDI & Medicare Taxable Wage
3 For information purposes only. No effect on your net pay.



**YELED V'YALDA EARLY CHILDHOOD CENTER INC**
1312 38th Street
Brooklyn, NY 11218

Yeled V'Yalda

13130 12/25/2024 (65406)

**BENTZION SCHORR**
2021 52nd street
Brooklyn, NY 11204

**#13130 - BENTZION SCHORR - XXX-XX-6537** | **Voucher #(67364)** | **Pay Date: 01/08/2025** | **Pay Period: 12/18/2024-12/31/2024**

**Earnings**

| | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| Regular | 27.67 | 41.50 | 1,148.34 | 1,148.34 |
| Holiday | 27.67 | 9.00 | 249.04 | 249.04 |
| Sick | 27.67 | 6.50 | 179.86 | 179.86 |
| **Gross Pay** | | | **1,577.24** | **1,577.24** |
| Hours Worked | | 57.00 | | |

**Deductions**

| | Current | YTD |
|---|---|---|
| 401k | 189.27 | 189.27 [1] |
| Den (Low Adm) | 13.22 | 13.22 [2] |
| MTP (Admin) | 5.00 | 5.00 [2] |
| PKP (Admin) | 5.00 | 5.00 [2] |
| Vis (Admin) | 16.87 | 16.87 [2] |
| **Total** | **229.36** | **229.36** |

**Taxes Withheld**

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FICA | 1,537.15 | 1,537.15 | 95.30 | 95.30 |
| MEDI | 1,537.15 | 1,537.15 | 22.29 | 22.29 |
| FIT | 1,347.88 | 1,347.88 | 83.34 | 83.34 |
| SIT:NY | 1,347.88 | 1,347.88 | 52.15 | 52.15 |
| CITY:NYC | 1,347.88 | 1,347.88 | 38.17 | 38.17 |
| FLI:NY | 1,577.24 | 1,577.24 | 6.12 | 6.12 |
| **Total** | | | **297.37** | **297.37** |

| | Current | YTD |
|---|---|---|
| **Net Pay** | **1,050.51** | **1,050.51** |
| Checking (0675) | 1,050.51 | 1,050.51 |

**Company Paid Benefits** [3]

| | Current | YTD |
|---|---|---|
| 401k | 47.32 | 47.32 [1] |

--More--

**Company Paid Benefits - Continued**

| | Current | YTD |
|---|---|---|
| BL | 0.72 | 0.72 [2] |
| Den (Low Adm) | 29.00 | 29.00 [2] |
| MPP | 31.54 | 31.54 [1] |
| **Total** | **108.58** | **108.58** |

**Timesheet**

| | Time Off | In | Out | Total |
|---|---|---|---|---|
| Wed, 12/18/2024 | | 07:30a | 02:00p | 6.50 |
| Thu, 12/19/2024 | | 07:30a | 02:00p | 6.50 |
| Fri, 12/20/2024 | | 08:00a | 10:30a | 2.50 |
| Mon, 12/23/2024 | Sick | | | 6.50 |
| Tue, 12/24/2024 | | 07:30a | 02:00p | 6.50 |
| Wed, 12/25/2024 | | 07:30a | 02:00p | 6.50 |
| Thu, 12/26/2024 | | 07:30a | 02:00p | 6.50 |
| Fri, 12/27/2024 | Regular Holiday | | | 2.50 |
| Mon, 12/30/2024 | Regular Holiday | | | 6.50 |
| Tue, 12/31/2024 | | 07:30a | 02:00p | 6.50 |

**Accruals**

| | Available | Taken |
|---|---|---|
| Personal | 17.10 | 0.00 |
| Sick | 66.80 | 6.50 |
| Sick Bank | 57.20 | 0.00 |
| Vacation | 49.81 | 0.00 |
| Summer Vacation | 0.00 | 0.00 |
| Summer Vacation - Prior Year | 0.00 | 0.00 |

**Tax Allowance Settings**

Federal: Single/Married Filing Sep.
Form W4 2020 And Later: Yes
Two Jobs: No
Claim Dependent: $0.00
Deduction: $0.00
Other Income: $0.00
New York: Allowances: 0
--More--



**YELED V'YALDA EARLY CHILDHOOD CENTER INC**
1312 38th Street
Brooklyn, NY 11218

Yeled V Yalda

| | |
|---|---|
| **Pay Date:** | **01/08/2025** |
| **Voucher #:** | **(67364)** |

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| BENTZION SCHORR | 1 | Checking | XXXXXX0675 | 231372691 | 1,050.51 |

13130 01/08/2025 (67364)

**BENTZION SCHORR**
2021 52nd street
Brooklyn, NY 11204

**Non-Negotiable - This Is Not A Check**

**#13130 - BENTZION SCHORR - XXX-XX-6537** **Voucher #(67364)** **Pay Date: 01/08/2025**
**Pay Period: 12/18/2024-12/31/2024**

**Tax Allowance Settings - Continued**

Additional Withholding - NYC: 0
Additional Withholding - Yonkers: 0
Filing Status: S
Total Allowances - NYC: 0

1 Reduces your Federal & State Withholding Taxable Wage
2 Reduces your Federal Withholding, OASDI & Medicare Taxable Wage
3 For information purposes only. No effect on your net pay.



**YELED V'YALDA EARLY CHILDHOOD CENTER INC**
1312 38th Street
Brooklyn, NY 11218

Yeled V Yalda

13130 01/08/2025 (67364)

**BENTZION SCHORR**
2021 52nd street
Brooklyn, NY 11204

**#13130 - BENTZION SCHORR - XXX-XX-6537** | **Voucher #(70861)** | **Pay Date: 02/05/2025** | **Pay Period: 01/15/2025-01/28/2025**

### Earnings

| | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| Regular | 28.50 | 44.00 | 1,254.00 | 3,979.58 |
| Holiday | 28.50 | 13.00 | 370.50 | 619.54 |
| Sick | | | | 179.86 |
| **Gross Pay** | | | **1,624.50** | **4,778.98** |
| Hours Worked | | 57.00 | | |

### Deductions

| | Current | YTD |
|---|---|---|
| 401k | 194.94 | 573.48 [1] |
| Den (Low Adm) | 13.22 | 39.66 [2] |
| MTP (Admin) | 5.00 | 15.00 [2] |
| PKP (Admin) | 5.00 | 15.00 [2] |
| Vis (Admin) | 16.87 | 33.74 [2] |
| **Total** | **235.03** | **676.88** |

### Taxes Withheld

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FICA | 1,584.41 | 4,675.58 | 98.24 | 289.89 |
| MEDI | 1,584.41 | 4,675.58 | 22.98 | 67.80 |
| FIT | 1,389.47 | 4,102.10 | 88.33 | 257.04 |
| SIT:NY | 1,389.47 | 4,102.10 | 54.44 | 159.67 |
| CITY:NYC | 1,389.47 | 4,102.10 | 39.89 | 116.93 |
| FLI:NY | 1,624.50 | 4,778.98 | 6.30 | 18.54 |
| **Total** | | | **310.18** | **909.87** |

| | Current | YTD |
|---|---|---|
| **Net Pay** | **1,079.29** | **3,192.23** |
| Checking (0675) | 1,079.29 | 3,192.23 |

### Company Paid Benefits [3]

| | Current | YTD |
|---|---|---|
| 401k | 48.74 | 143.38 [1] |

--More--

### Company Paid Benefits - Continued

| | Current | YTD |
|---|---|---|
| BL | 0.72 | 2.16 [2] |
| Den (Low Adm) | 29.00 | 87.00 [2] |
| MPP | 32.49 | 95.57 [1] |
| **Total** | **110.95** | **328.11** |

### Timesheet

| | Time Off | In | Out | Total |
|---|---|---|---|---|
| Wed, 01/15/2025 | | 07:30a | 02:00p | 6.50 |
| Thu, 01/16/2025 | | 07:30a | 02:00p | 6.50 |
| Fri, 01/17/2025 | | 08:00a | 10:30a | 2.50 |
| Mon, 01/20/2025 | | 07:30a | 02:00p | 6.50 |
| Tue, 01/21/2025 | | 07:30a | 02:00p | 6.50 |
| Wed, 01/22/2025 | | 07:30a | 02:00p | 6.50 |
| Thu, 01/23/2025 | | 07:30a | 02:00p | 6.50 |
| Fri, 01/24/2025 | | 08:00a | 10:30a | 2.50 |
| Mon, 01/27/2025 | Regular Holiday | | | 6.50 |
| Tue, 01/28/2025 | Regular Holiday | | | 6.50 |

### Accruals

| | Available | Taken |
|---|---|---|
| Personal | 17.10 | 0.00 |
| Sick | 77.00 | 6.50 |
| Sick Bank | 57.20 | 0.00 |
| Vacation | 57.00 | 0.00 |
| Summer Vacation | 0.00 | 0.00 |
| Summer Vacation - Prior Year | 0.00 | 0.00 |

### Tax Allowance Settings

Federal: Single/Married Filing Sep.
Form W4 2020 And Later: Yes
Two Jobs: No
Claim Dependent: $0.00
Deduction: $0.00
Other Income: $0.00

New York: Allowances: 0

--More--



**YELED V'YALDA EARLY CHILDHOOD CENTER INC**
1312 38th Street
Brooklyn, NY 11218

| | |
|---|---|
| **Pay Date:** | **02/05/2025** |
| **Voucher #:** | **(70861)** |

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| BENTZION SCHORR | 1 | Checking | XXXXXX0675 | 231372691 | 1,079.29 |

13130 02/05/2025 (70861)

**BENTZION SCHORR**
2021 52nd street
Brooklyn, NY 11204

**Non-Negotiable - This Is Not A Check**

**#13130 - BENTZION SCHORR - XXX-XX-6537** **Voucher #(70861)** **Pay Date: 02/05/2025**
**Pay Period: 01/15/2025-01/28/2025**

**Tax Allowance Settings - Continued**

Additional Withholding - NYC: 0
Additional Withholding - Yonkers: 0
Filing Status: S
Total Allowances - NYC: 0

1 Reduces your Federal & State Withholding Taxable Wage
2 Reduces your Federal Withholding, OASDI & Medicare Taxable Wage
3 For information purposes only. No effect on your net pay.



**YELED V'YALDA EARLY CHILDHOOD CENTER INC**
1312 38th Street
Brooklyn, NY 11218

Yeled V Yalda

13130 02/05/2025 (70861)

**BENTZION SCHORR**
2021 52nd street
Brooklyn, NY 11204

**#13130 - BENTZION SCHORR - XXX-XX-6537** | **Voucher #(69975)** | **Pay Date: 01/22/2025**
**Pay Period: 01/01/2025-01/14/2025**

**Earnings**

| | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| Regular | 27.67 | 57.00 | 1,577.24 | 2,725.58 |
| Holiday | | | | 249.04 |
| Sick | | | | 179.86 |
| **Gross Pay** | | | **1,577.24** | **3,154.48** |
| Hours Worked | | 57.00 | | |

**Deductions**

| | Current | YTD | |
|---|---|---|---|
| 401k | 189.27 | 378.54 | 1 |
| Den (Low Adm) | 13.22 | 26.44 | 2 |
| MTP (Admin) | 5.00 | 10.00 | 2 |
| PKP (Admin) | 5.00 | 10.00 | 2 |
| Vis (Admin) | | 16.87 | 2 |
| **Total** | **212.49** | **441.85** | |

**Taxes Withheld**

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FICA | 1,554.02 | 3,091.17 | 96.35 | 191.65 |
| MEDI | 1,554.02 | 3,091.17 | 22.53 | 44.82 |
| FIT | 1,364.75 | 2,712.63 | 85.37 | 168.71 |
| SIT:NY | 1,364.75 | 2,712.63 | 53.08 | 105.23 |
| CITY:NYC | 1,364.75 | 2,712.63 | 38.87 | 77.04 |
| FLI:NY | 1,577.24 | 3,154.48 | 6.12 | 12.24 |
| **Total** | | | **302.32** | **599.69** |

| | Current | YTD |
|---|---|---|
| **Net Pay** | **1,062.43** | **2,112.94** |
| Checking (0675) | 1,062.43 | 2,112.94 |

**Company Paid Benefits** 3

| | Current | YTD | |
|---|---|---|---|
| 401k | 47.32 | 94.64 | 1 |

--More--

**Company Paid Benefits - Continued**

| | Current | YTD | |
|---|---|---|---|
| BL | 0.72 | 1.44 | 2 |
| Den (Low Adm) | 29.00 | 58.00 | 2 |
| MPP | 31.54 | 63.08 | 1 |
| **Total** | **108.58** | **217.16** | |

**Timesheet**

| | Time Off | In | Out | Total |
|---|---|---|---|---|
| Wed, 01/01/2025 | | 07:30a | 02:00p | 6.50 |
| Thu, 01/02/2025 | | 07:30a | 02:00p | 6.50 |
| Fri, 01/03/2025 | | 08:00a | 10:30a | 2.50 |
| Mon, 01/06/2025 | | 07:30a | 02:00p | 6.50 |
| Tue, 01/07/2025 | | 07:30a | 02:00p | 6.50 |
| Wed, 01/08/2025 | | 07:30a | 02:00p | 6.50 |
| Thu, 01/09/2025 | | 07:30a | 02:00p | 6.50 |
| Fri, 01/10/2025 | | 08:00a | 10:30a | 2.50 |
| Mon, 01/13/2025 | | 07:30a | 02:00p | 6.50 |
| Tue, 01/14/2025 | | 07:30a | 02:00p | 6.50 |

**Accruals**

| | Available | Taken |
|---|---|---|
| Personal | 17.10 | 0.00 |
| Sick | 71.30 | 6.50 |
| Sick Bank | 57.20 | 0.00 |
| Vacation | 54.75 | 0.00 |
| Summer Vacation | 0.00 | 0.00 |
| Summer Vacation - Prior Year | 0.00 | 0.00 |

**Tax Allowance Settings**

Federal: Single/Married Filing Sep.
Form W4 2020 And Later: Yes
Two Jobs: No
Claim Dependent: $0.00
Deduction: $0.00
Other Income: $0.00
New York: Allowances: 0
--More--

YELED V'YALDA EARLY CHILDHOOD CENTER INC 1312 38th Street, Brooklyn, NY 11218
Business Phone #: 718-686-3700



**YELED V'YALDA EARLY CHILDHOOD CENTER INC**
1312 38th Street
Brooklyn, NY 11218

Yeled V Yalda

| | |
|---|---|
| **Pay Date:** | **01/22/2025** |
| **Voucher #:** | **(69975)** |

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| BENTZION SCHORR | 1 | Checking | XXXXXX0675 | 231372691 | 1,062.43 |

13130 01/22/2025 (69975)

**BENTZION SCHORR**
2021 52nd street
Brooklyn, NY 11204

**Non-Negotiable - This Is Not A Check**

**#13130 - BENTZION SCHORR - XXX-XX-6537** | **Voucher #(69975)** | **Pay Date: 01/22/2025** | **Pay Period: 01/01/2025-01/14/2025**

**Tax Allowance Settings - Continued**

Additional Withholding - NYC: 0
Additional Withholding - Yonkers: 0
Filing Status: S
Total Allowances - NYC: 0

1 Reduces your Federal & State Withholding Taxable Wage
2 Reduces your Federal Withholding, OASDI & Medicare Taxable Wage
3 For information purposes only. No effect on your net pay.



**YELED V'YALDA EARLY CHILDHOOD CENTER INC**
1312 38th Street
Brooklyn, NY 11218

Yeled V Yalda

13130 01/22/2025 (69975)

**BENTZION SCHORR**
2021 52nd street
Brooklyn, NY 11204

**Hamaspik of Kings County Inc**
4102 14th Ave
Brooklyn, NY 11219

**Voucher Date**
01/17/2025

**Voucher Number**
132683

******* This is not a check *******

**Direct Deposit Amount** $ ******1845.97

4055 10617 132683 1392 Day Hab-MDHBP-BU-Transport-DSP-Part Time

Pay to the order of: **Bentzion Schorr**
2021 52nd Street
Brooklyn, NY 11204

**Hamaspik of Kings County Inc**
4102 14th Ave
Brooklyn, NY 11219
(718) 387-8400

Bentzion Schorr

Voucher Number: 132683

| | | | |
|---|---|---|---|
| Employee Id | **10617** | Check Date | **01/17/2025** |
| Hire Date | **10/29/2024** | Period Begin | **12/29/2024** |
| Employee Status | **A** | Period End | **01/11/2025** |

## Pay Details

| Earnings | Hours | Rate | Amount | YTD |
|---|---|---|---|---|
| Paid Time Off | 0.00 | | 0.00 | 212.40 |
| Regular | 79.75 | 30.00 | 2,392.50 | 4,440.00 |
| Overtime | 1.50 | 45.00 | 67.50 | 67.50 |
| | **81.25** | | **2,460.00** | **4,719.90** |

| Taxes | | Taxable | Amount | YTD |
|---|---|---|---|---|
| Federal Income | S- | 2,460.00 | 218.66 | 411.44 |
| OASDI | | 2,460.00 | 152.52 | 292.63 |
| Medicare | | 2,460.00 | 35.67 | 68.44 |
| New York SITW | S- | 2,460.00 | 113.32 | 215.63 |
| New York Paid F | | 2,460.00 | 9.54 | 18.31 |
| New York, NY (R | S-0 | 2,460.00 | 84.32 | 160.34 |
| | | | **614.03** | **1,166.79** |

## Other Info

| Direct Deposits | | Amount |
|---|---|---|
| Community Federal Sa | ****1610 | 1,000.00 |
| SANTANDER BANK | ****0675 | 845.97 |
| | | **1,845.97** |

| Time Off Balances | Balance |
|---|---|
| Paid Time Off Hours | 5.87 |
| Rollover Paid Time Off Hours | 0.00 |

## Statement Summary

| | |
|---|---|
| Gross Pay | 2,460.00 |
| Federal Taxes | -406.85 |
| State and Local Taxes | -207.18 |
| Other Deductions | 0.00 |
| Net Pay | 1,845.97 |
| Direct Deposits | 1,845.97 |
| Net Check | 0.00 |

| Punches | Day | In | Out | Hours | Total | Client |
|---|---|---|---|---|---|---|
| 12/29 | Sun | 08:50AM | 10:30AM | 1.75 | 1.67 | |
| 12/29 | Sun | 10:30AM | 12:55PM | 2.50 | 2.42 | |
| 12/29 | Sun | 02:00PM | 07:30PM | 5.50 | 5.50 | |
| 12/29 | Sun | 07:30PM | 09:15PM | 1.75 | 1.75 | |
| 12/30 | Mon | 03:33PM | 07:00PM | 3.50 | 3.45 | |
| 12/31 | Tue | 02:33PM | 05:00PM | 2.50 | 2.45 | |
| 12/31 | Tue | 05:00PM | 07:00PM | 2.00 | 2.00 | |
| 01/01 | Wed | 02:00PM | 05:00PM | 3.00 | 3.00 | |
| 01/01 | Wed | 05:00PM | 07:30PM | 2.50 | 2.50 | |
| 01/01 | Wed | 07:30PM | 09:15PM | 1.75 | 1.75 | |
| 01/02 | Thu | 03:00PM | 06:30PM | 3.50 | 3.50 | |
| 01/02 | Thu | 06:30PM | 08:05PM | 1.50 | 1.59 | |
| 01/03 | Fri | 12:00PM | 03:43PM | 3.75 | 3.72 | |
| 01/04 | Sat | 06:30PM | 10:40PM | 4.25 | 4.17 | |
| 01/05 | Sun | 08:45AM | 10:00AM | 1.25 | 1.25 | |
| 01/05 | Sun | 10:00AM | 12:00PM | 2.00 | 2.00 | |
| 01/05 | Sun | 12:00PM | 03:00PM | 3.00 | 3.00 | |
| 01/05 | Sun | 03:00PM | 04:50PM | 1.75 | 1.83 | |
| 01/05 | Sun | 04:50PM | 06:45PM | 2.00 | 1.92 | |
| 01/06 | Mon | 03:39PM | 06:30PM | 2.75 | 2.84 | |
| 01/06 | Mon | 06:30PM | 08:58PM | 2.50 | 2.47 | |
| 01/07 | Tue | 02:50PM | 05:10PM | 2.50 | 2.33 | |
| 01/07 | Tue | 05:10PM | 06:30PM | 1.25 | 1.33 | |
| 01/07 | Tue | 06:30PM | 09:00PM | 2.50 | 2.50 | |
| 01/08 | Wed | 01:00PM | 01:45PM | 0.75 | 0.75 | |
| 01/08 | Wed | 03:00PM | 05:15PM | 2.25 | 2.25 | |
| 01/08 | Wed | 05:15PM | 06:30PM | 1.25 | 1.25 | |
| 01/08 | Wed | 06:30PM | 08:51PM | 2.25 | 2.36 | |
| 01/09 | Thu | 03:00PM | 05:15PM | 2.25 | 2.25 | |
| 01/09 | Thu | 05:15PM | 06:30PM | 1.25 | 1.25 | |
| 01/09 | Thu | 06:30PM | 08:42PM | 2.25 | 2.21 | |
| 01/10 | Fri | 07:48AM | 01:53PM | 6.25 | 6.08 | |
| 01/10 | Fri | 01:53PM | 03:23PM | 1.50 | 1.50 | |

**Hamaspik of Kings County Inc**
4102 14th Ave
Brooklyn, NY 11219

**Voucher Date**
01/31/2025

**Voucher Number**
134429

******* This is not a check *******

**Direct Deposit Amount** $ ******2033.38

4055 10617 134429 1412 Day Hab-MDHBP-BU-Transport-DSP-Part Time

Pay to the order of: **Bentzion Schorr**
2021 52nd Street
Brooklyn, NY 11204

**Hamaspik of Kings County Inc**
4102 14th Ave
Brooklyn, NY 11219
(718) 387-8400

Bentzion Schorr

Voucher Number: 134429

| | | | |
|---|---|---|---|
| Employee Id | **10617** | Check Date | **01/31/2025** |
| Hire Date | **10/29/2024** | Period Begin | **01/12/2025** |
| Employee Status | **A** | Period End | **01/25/2025** |

## Pay Details

| Earnings | Hours | Rate | Amount | YTD |
|---|---|---|---|---|
| Paid Time Off | | | 0.00 | 212.40 |
| Regular | 80.00 | 30.00 | 2,400.00 | 6,840.00 |
| Overtime | 8.25 | 45.00 | 371.25 | 438.75 |
| | **88.25** | | **2,771.25** | **7,491.15** |

| Taxes | | Taxable | Amount | YTD |
|---|---|---|---|---|
| Federal Income Tax | S- | 2,771.25 | 287.14 | 698.58 |
| OASDI | | 2,771.25 | 171.82 | 464.45 |
| Medicare | | 2,771.25 | 40.18 | 108.62 |
| New York SITW | S- | 2,771.25 | 130.44 | 346.07 |
| New York Paid Family Lea | | 2,771.25 | 10.76 | 29.07 |
| New York, NY (Res) | S-0 | 2,771.25 | 97.53 | 257.87 |
| | | | **737.87** | **1,904.66** |

## Other Info

| Direct Deposits | | Amount |
|---|---|---|
| SANTANDER BANK | ****0675 | 2,033.38 |
| | | **2,033.38** |

| Time Off Balances | Balance |
|---|---|
| Paid Time Off Hours | 9.14 |
| Rollover Paid Time Off Hours | 0.00 |

## Statement Summary

| | |
|---|---|
| Gross Pay | 2,771.25 |
| Federal Taxes | -499.14 |
| State and Local Taxes | -238.73 |
| Other Deductions | 0.00 |
| Net Pay | 2,033.38 |
| Direct Deposits | 2,033.38 |
| Net Check | 0.00 |

| Punches | Day | In | Out | Hours | Total | Client |
|---|---|---|---|---|---|---|
| 01/12 | Sun | 08:45AM | 10:00AM | 1.25 | 1.25 | |
| 01/12 | Sun | 10:00AM | 11:55AM | 2.00 | 1.92 | |
| 01/12 | Sun | 02:15PM | 03:30PM | 1.25 | 1.25 | |
| 01/12 | Sun | 03:30PM | 04:40PM | 1.25 | 1.17 | |
| 01/12 | Sun | 04:40PM | 06:53PM | 2.25 | 2.22 | |
| 01/13 | Mon | 02:48PM | 06:45PM | 4.00 | 3.95 | |
| 01/13 | Mon | 06:45PM | 08:34PM | 1.75 | 1.82 | |
| 01/14 | Tue | 02:20PM | 06:45PM | 4.50 | 4.42 | |
| 01/14 | Tue | 06:45PM | 08:43PM | 2.00 | 1.97 | |
| 01/15 | Wed | 03:06PM | 06:45PM | 3.75 | 3.63 | |
| 01/15 | Wed | 06:45PM | 08:36PM | 1.75 | 1.85 | |
| 01/16 | Thu | 02:59PM | 06:45PM | 3.75 | 3.76 | |
| 01/16 | Thu | 06:45PM | 08:43PM | 2.00 | 1.97 | |
| 01/17 | Fri | 07:51AM | 03:30PM | 7.75 | 7.65 | |
| 01/18 | Sat | 06:07PM | 06:38PM | 0.75 | 0.52 | |
| 01/18 | Sat | 06:38PM | 11:08PM | 4.50 | 4.50 | |
| 01/19 | Sun | 09:01AM | 10:10AM | 1.25 | 1.15 | |
| 01/19 | Sun | 10:10AM | 12:00PM | 1.75 | 1.83 | |
| 01/19 | Sun | 12:00PM | 02:30PM | 2.50 | 2.50 | |
| 01/19 | Sun | 02:30PM | 04:45PM | 2.25 | 2.25 | |
| 01/19 | Sun | 04:45PM | 06:38PM | 2.00 | 1.88 | |
| 01/20 | Mon | 03:20PM | 05:20PM | 2.00 | 2.00 | |
| 01/20 | Mon | 05:20PM | 06:40PM | 1.50 | 1.33 | |
| 01/20 | Mon | 06:40PM | 08:50PM | 2.00 | 2.17 | |
| 01/21 | Tue | 03:20PM | 06:45PM | 3.50 | 3.42 | |
| 01/21 | Tue | 06:45PM | 08:50PM | 2.00 | 2.08 | |
| 01/22 | Wed | 03:00PM | 06:30PM | 3.50 | 3.50 | |
| 01/22 | Wed | 06:30PM | 08:15PM | 1.75 | 1.75 | |
| 01/23 | Thu | 03:10PM | 06:30PM | 3.25 | 3.33 | |
| 01/23 | Thu | 06:30PM | 08:35PM | 2.00 | 2.08 | |
| 01/24 | Fri | 07:53AM | 04:07PM | 8.00 | 8.23 | |
| 01/25 | Sat | 06:21PM | 07:04PM | 0.75 | 0.72 | |
| 01/25 | Sat | 07:04PM | 10:49PM | 3.75 | 3.75 | |

**Hamaspik of Kings County Inc**
4102 14th Ave
Brooklyn, NY 11219

**Voucher Date**
02/14/2025

**Voucher Number**
136166

******* This is not a check *******

**Direct Deposit Amount** $ ******1631.61

4055 10617 136166 1426 Day Hab-MDHBP-BU-Transport-DSP-Part Time

Pay to
the order of:

**Bentzion Schorr**
2021 52nd Street
Brooklyn, NY 11204

**Hamaspik of Kings County Inc**
4102 14th Ave
Brooklyn, NY 11219
(718) 387-8400

Bentzion Schorr

Voucher Number: 136166

| | | | |
|---|---|---|---|
| Employee Id | **10617** | Check Date | **02/14/2025** |
| Hire Date | **10/29/2024** | Period Begin | **01/26/2025** |
| Employee Status | **A** | Period End | **02/08/2025** |

## Pay Details

| Earnings | Hours | Rate | Amount | YTD |
|---|---|---|---|---|
| Paid Time Off | | | 0.00 | 212.40 |
| Regular | 71.75 | 30.00 | 2,152.50 | 8,992.50 |
| Overtime | | | 0.00 | 438.75 |
| | **71.75** | | **2,152.50** | **9,643.65** |

| Taxes | | Taxable | Amount | YTD |
|---|---|---|---|---|
| Federal Income Tax | S- | 2,152.50 | 179.90 | 878.48 |
| Social Security | | 2,152.50 | 133.46 | 597.91 |
| Medicare | | 2,152.50 | 31.21 | 139.83 |
| NYS Income Tax | S- | 2,152.50 | 96.41 | 442.48 |
| NY Paid Leave | | 2,152.50 | 8.35 | 37.42 |
| NYC Income Tax | S-0 | 2,152.50 | 71.56 | 329.43 |
| | | | **520.89** | **2,425.55** |

## Other Info

| Direct Deposits | | Amount |
|---|---|---|
| SANTANDER BANK | ****0675 | 1,631.61 |
| | | **1,631.61** |

| Time Off Balances | Balance |
|---|---|
| Paid Time Off Hours | 11.79 |
| Rollover Paid Time Off Hours | 0.00 |

## Statement Summary

| | |
|---|---|
| Gross Pay | 2,152.50 |
| Federal Taxes | -344.57 |
| State and Local Taxes | -176.32 |
| Other Deductions | 0.00 |
| Net Pay | 1,631.61 |
| Direct Deposits | 1,631.61 |
| Net Check | 0.00 |

| Punches | Day | In | Out | Hours | Total | Client |
|---|---|---|---|---|---|---|
| 01/26 | Sun | 09:00AM | 10:00AM | 1.00 | 1.00 | |
| 01/26 | Sun | 10:00AM | 11:45AM | 1.75 | 1.75 | |
| 01/26 | Sun | 11:45AM | 02:45PM | 3.00 | 3.00 | |
| 01/26 | Sun | 02:45PM | 04:45PM | 2.00 | 2.00 | |
| 01/26 | Sun | 04:45PM | 06:30PM | 1.75 | 1.75 | |
| 01/27 | Mon | 03:00PM | 06:30PM | 3.50 | 3.50 | |
| 01/27 | Mon | 06:30PM | 08:30PM | 2.00 | 2.00 | |
| 01/28 | Tue | 02:00PM | 06:30PM | 4.50 | 4.50 | |
| 01/28 | Tue | 06:30PM | 08:56PM | 2.50 | 2.44 | |
| 01/29 | Wed | 03:05PM | 06:30PM | 3.50 | 3.42 | |
| 01/29 | Wed | 06:30PM | 09:00PM | 2.50 | 2.50 | |
| 01/30 | Thu | 02:57PM | 06:30PM | 3.50 | 3.55 | |
| 01/30 | Thu | 06:30PM | 08:59PM | 2.50 | 2.49 | |
| 02/02 | Sun | 08:40AM | 11:45AM | 3.00 | 3.08 | |
| 02/02 | Sun | 11:45AM | 02:45PM | 3.00 | 3.00 | |
| 02/02 | Sun | 02:45PM | 04:50PM | 2.00 | 2.08 | |
| 02/02 | Sun | 04:50PM | 06:29PM | 1.75 | 1.66 | |
| 02/03 | Mon | 03:00PM | 06:30PM | 3.50 | 3.50 | |
| 02/03 | Mon | 06:30PM | 08:46PM | 2.25 | 2.27 | |
| 02/04 | Tue | 02:47PM | 06:00PM | 3.25 | 3.20 | |
| 02/04 | Tue | 06:00PM | 08:33PM | 2.50 | 2.56 | |
| 02/05 | Wed | 03:05PM | 06:00PM | 3.00 | 2.92 | |
| 02/05 | Wed | 06:00PM | 08:45PM | 2.75 | 2.75 | |
| 02/06 | Thu | 03:03PM | 06:00PM | 3.00 | 2.94 | |
| 02/06 | Thu | 06:00PM | 08:30PM | 2.50 | 2.50 | |
| 02/07 | Fri | 10:35AM | 03:42PM | 5.25 | 5.12 | |

**Hamaspik of Kings County Inc**
4102 14th Ave
Brooklyn, NY 11219

**Voucher Date**
01/03/2025

**Voucher Number**
130975

******* This is not a check *******

**Direct Deposit Amount** $ ******1707.14

4055 10617 130975 1393 Day Hab-MDHBP-BU-Transport-DSP-Part Time

Pay to the order of:
**Bentzion Schorr**
2021 52nd Street
Brooklyn, NY 11204

**Hamaspik of Kings County Inc**
4102 14th Ave
Brooklyn, NY 11219
(718) 387-8400

Bentzion Schorr

| | | | |
|---|---|---|---|
| Employee Id | **10617** | Check Date | **01/03/2025** |
| Hire Date | **10/29/2024** | Period Begin | **12/15/2024** |
| Employee Status | **A** | Period End | **12/28/2024** |

Voucher Number: 130975

## Pay Details

| Earnings | Hours | Rate | Amount | YTD |
|---|---|---|---|---|
| Paid Time Off | 7.08 | 30.00 | 212.40 | 212.40 |
| Regular | 68.25 | 30.00 | 2,047.50 | 2,047.50 |
| | **75.33** | | **2,259.90** | **2,259.90** |

| Taxes | | Taxable | Amount | YTD |
|---|---|---|---|---|
| Federal Income | S- | 2,259.90 | 192.78 | 192.78 |
| OASDI | | 2,259.90 | 140.11 | 140.11 |
| Medicare | | 2,259.90 | 32.77 | 32.77 |
| New York SITW | S- | 2,259.90 | 102.31 | 102.31 |
| New York Paid F | | 2,259.90 | 8.77 | 8.77 |
| New York, NY (R | S-0 | 2,259.90 | 76.02 | 76.02 |
| | | | **552.76** | **552.76** |

## Other Info

| Direct Deposits | | Amount |
|---|---|---|
| Community Federal Sa | ****1610 | 1,000.00 |
| SANTANDER BANK | ****0675 | 707.14 |
| | | **1,707.14** |

| Time Off Balances | Balance |
|---|---|
| Paid Time Off Hours | 2.87 |
| Rollover Paid Time Off Hours | 0.00 |

## Statement Summary

| | |
|---|---|
| Gross Pay | 2,259.90 |
| Federal Taxes | -365.66 |
| State and Local Taxes | -187.10 |
| Other Deductions | 0.00 |
| Net Pay | 1,707.14 |
| Direct Deposits | 1,707.14 |
| Net Check | 0.00 |

| Punches | Day | In | Out | Hours | Total | Client |
|---|---|---|---|---|---|---|
| 12/15 | Sun | 08:38AM | 04:30PM | 7.75 | 7.87 | |
| 12/15 | Sun | 04:30PM | 06:39PM | 2.25 | 2.15 | |
| 12/16 | Mon | 03:00PM | 06:45PM | 3.75 | 3.75 | |
| 12/16 | Mon | 06:45PM | 07:37PM | 0.75 | 0.87 | |
| 12/17 | Tue | 03:00PM | 06:45PM | 3.75 | 3.75 | |
| 12/17 | Tue | 06:45PM | 08:47PM | 2.00 | 2.03 | |
| 12/18 | Wed | 02:56PM | 06:45PM | 3.75 | 3.82 | |
| 12/18 | Wed | 06:45PM | 08:45PM | 2.00 | 2.00 | |
| 12/19 | Thu | 03:15PM | 06:45PM | 3.50 | 3.50 | |
| 12/19 | Thu | 06:45PM | 08:41PM | 2.00 | 1.93 | |
| 12/20 | Fri | 08:12AM | 11:00AM | 2.75 | 2.80 | |
| 12/20 | Fri | 11:00AM | 12:00PM | 1.00 | 1.00 | |
| 12/20 | Fri | 12:00PM | 02:00PM | 2.00 | 2.00 | |
| 12/22 | Sun | 09:00AM | 04:05PM | 7.08 | 7.08 | |
| 12/23 | Mon | 03:30PM | 06:45PM | 3.25 | 3.25 | |
| 12/23 | Mon | 06:45PM | 08:46PM | 2.00 | 2.02 | |
| 12/24 | Tue | 02:38PM | 06:45PM | 4.00 | 4.12 | |
| 12/24 | Tue | 06:45PM | 08:12PM | 1.50 | 1.45 | |
| 12/25 | Wed | 01:52PM | 06:45PM | 5.00 | 4.88 | |
| 12/25 | Wed | 06:45PM | 08:47PM | 2.00 | 2.03 | |
| 12/26 | Thu | 03:17PM | 06:45PM | 3.50 | 3.47 | |
| 12/26 | Thu | 06:45PM | 09:15PM | 2.50 | 2.50 | |
| 12/27 | Fri | 07:49AM | 02:59PM | 7.25 | 7.17 | |