CLERK
BANKRUPTCY COURT
EASTERN DISTRICT OF
NEW YORK

2025 FEB 26 P 3:44

RECEIVED

Certificate Number: 15725-NYE-CC-039358359

15725-NYE-CC-039358359

# CERTIFICATE OF COUNSELING

I CERTIFY that on February 20, 2025, at 12:07 o'clock AM EST, Bentzion Schorr received from 001 Debtorcc, Inc., an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the Eastern District of New York, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date: February 20, 2025

By: /s/Vivian Karina Vargas Pedroza

Name: Vivian Karina Vargas Pedroza

Title: Issuer

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).